ARTHUR E. BLAUVELT et al., Respondents, v. WARREN A. SPURR, as Ancillary Executor of PAUL WEINMANN, Deceased, et al., Defendants, FREDERICK WALZ et al., Defendants-Appellants, and EMILIE WEINMANN et al., Defendants-Respondents.— (The order denies a motion by certain of the defendants to dismiss plaintiffs' complaint for failure to prosecute.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

JOSEPHINE K. MAYER, as Administratrix of the Estate of WILLIAM MAYER, Deceased, Respondent, v. SIEBERT MOTORS, INC., Appellant.— (The judgment is for plaintiff in an action for damages for the death of plaintiff's intestate alleged to have resulted by reason of his having fallen through a negligently guarded trap door. The order denies a motion for a new trial.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

EDGAR ARMSTRONG, Respondent, v. JOHN M. CHRISTENSON et al., Appellants.— (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

FRED RAWLEIGH, Respondent, v. GLENDON LOFTUS, Appellant.— (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

MAUDE RAWLEIGH, Respondent, v. GLENDON LOFTUS, Appellant.— (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

PORETE MANUFACTURING COMPANY, Respondent, v. MARTIN FIREPROOFING CORPORATION, Appellant.— (The order grants plaintiff an examination of defendant for the purpose of enabling plaintiff to frame a complaint.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

GEORGE E. MOSSOP, Respondent, v. JOSEPH CIAMBELLA, Doing Business as PEOPLE'S LAUNDRY, Appellant.— (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

EDWARD C. KOSINSKY, Respondent, v. THE CITY SCHOOL DISTRICT OF THE CITY OF HORNELL et al., Appellants.— Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

PAUL R. BOAK, Respondent, v. FRANK E. MATTISON et al., Defendants, and IRVING K. BAXTER, Defendant-Appellant.— Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.